TRANSMISSION VERIFICATION REPORT

```
TIME  : 04/23/2026 06:32
NAME  :
FAX   :
TEL   :
SER.# : U63274K4F273292
```

```
DATE,TIME          04/23  06:30
FAX NO./NAME       12083342148
DURATION           00:01:57
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

 **THE UPS STORE**

1295 Parkway Dr
Blackfoot, ID  83221
208.785.4261 Tel
208.785.9323 Fax
store7344@theupsstore.com
theupsstore.com/7344

# Fax

To _Supreme Court Legal_

~~Company~~ _council_

Fax number _(208)334- 2148_

Date _April 23, 2026_

Job number _____

Notes:

From _Jessica Hope Petitinor_ pro se Ordained minister

Phone number _(208) 242-7903_

Fax number _____

Total pages _____ 4 _____

4/23/26

Copyright © 2022 The UPS Store, Inc. All rights reserved.

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 04/23/2026 06:26
                                        NAME  :
                                        FAX   :
                                        TEL   :
                                        SER.# : U63274K4F273292
```

```
        DATE,TIME                   04/23  06:22
        FAX NO./NAME                12083342253
        DURATION                    00:03:31
        PAGE(S)                     06
        RESULT                      OK
        MODE                        STANDARD
                                    ECM
```

 **THE UPS STORE**

1295 Parkway Dr
Blackfoot, ID  83221
208.785.4261 Tel
208.785.9323 Fax
store7344@theupsstore.com
theupsstore.com/7344

# Fax

To _Supreme Court Clerk_     From _Jessica Hope Petitioner Pro Se_
                                  _Ordained Minister_
Company _____     Phone number _(208) 242-7903_

Fax number _(208) 334-2253_     Fax number _____

Date _____        Total pages _____4_____

Job number _____

Notes:

_4/23/26_

Copyright © 2022 The UPS Store, Inc. All rights reserved.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 04/23/2026 06:37
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : U63274K4F273292
```

```
        DATE,TIME              04/23  06:34
        FAX NO./NAME           12083342253
        DURATION               00:03:32
        PAGE(S)                06
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```



# THE UPS STORE

1295 Parkway Dr
Blackfoot, ID  83221
208.785.4261 Tel
208.785.9323 Fax
store7344@theupsstore.com
theupsstore.com/7344

# Fax

To _Idaho Judicial Council_

Company _____

Fax number _(208) 334-2253_

Date _____

Job number _____

From _Jessica Hope Petitioner Pro Se_
_Ordained Minister_

Phone number _(208) 242-9903_

Fax number _____

Total pages _4_

Notes:

4/23/26

Copyright © 2022 The UPS Store, Inc. All rights reserved.

**TO:** Idaho Supreme Court / Judicial Council

**FROM:** Jessica Hope, Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

**DATE:** April 23, 2026

**RE:** EMERGENCY RULE 14 FILING – DOCKET 53907-2026

**EMERGENCY DEMAND FOR JUDICIAL SEAL AND EXTRACTION**

This is a formal **Rule 14 Forensic Filing** based on the technical failure of the state electronic filing system. The State is currently in a **6-day matured default** (Deadline was April 17, 2026).

**FORENSIC PROOF ATTACHED AS EXHIBITS:**

**EXHIBIT A:** iCourt Receipt - Envelope #9658448 (Submitted 4/15/26).
**EXHIBIT B:** Server Failure Notice - 4/20/2026 Rejection.
**EXHIBIT C:** Licensing Investigation - Summit Youth Academy (fka Patriot Center).
**EXHIBIT D:** Lena McKee Email - 4/16/2026 Acknowledgement.

**THE DEMAND:**

I am **Jessica Hope, Ordained Minister and Mandated Reporter.** Under the authority of the Idaho Supreme Court, I am demanding the **Justice's Seal** on the Extraction Order immediately. Production of the body is required at **160 S. Pine St., Blackfoot, ID** by **6:00 PM today.**

**CERTIFICATE OF SERVICE:**

I, Jessica Hope, hereby certify that on this 23rd day of April, 2026, I caused a true and correct copy of this Rule 14 Filing to be served via Fax to the Idaho Supreme Court Legal Counsel, the Judicial Council, and the Supreme Court Clerk's office.

**Respectfully Submitted,**

---

**Jessica Hope**
Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

4/23/26

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

DATE: April 23, 2026

RE: EMERGENCY RULE 14 FILING – DOCKET 53907-2026

EMERGENCY DEMAND FOR JUDICIAL SEAL AND EXTRACTION

This is a formal **Rule 14 Forensic Filing** based on the technical failure of the state electronic filing system. The State is currently in a **6-day matured default** (Deadline was April 17, 2026).

FORENSIC PROOF ATTACHED AS EXHIBITS:

- **EXHIBIT A:** iCourt Receipt - Envelope #9658448 (Submitted 4/15/26).
- **EXHIBIT B:** Server Failure Notice - 4/20/2026 Rejection.
- **EXHIBIT C:** Licensing Investigation - Summit Youth Academy (fka Patriot Center).
- **EXHIBIT D:** Lena McKee Email - 4/16/2026 Acknowledgement.

THE DEMAND:

I am **Jessica Hope, Ordained Minister and Mandated Reporter.** Under the authority of the Idaho Supreme Court, I am demanding the **Justice's Seal** on the Extraction Order immediately. Production of the body is required at **160 S. Pine St., Blackfoot, ID** by **6:00 PM today.**

CERTIFICATE OF SERVICE:

I, Jessica Hope, hereby certify that on this 23rd day of April, 2026, I caused a true and correct copy of this Rule 14 Filing to be served via Fax to the Idaho Supreme Court Legal Counsel, the Judicial Council, and the Supreme Court Clerk's office.

**Respectfully Submitted,**

**Jessica Hope**
Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

DATE: April 23, 2026

collinsjessica0901@gmail.com

DATE: April 23, 2026

4/23/26

Attachments and Comments Page

Complainant Information

Allegations



4/23/26



