# Fax Job Log

ShaverDME                    Friday, 04-24-2026  12:22                    2082357279

| Action | Date | Time | Job # | Length | Fax Name/Number | Pages | Status |
|--------|------|------|-------|--------|-----------------|-------|--------|
| SCAN | 04-24-2026 | 12:13 | | | | 6 | OK |
| SEND | 04-24-2026 | 12:18 | 18728 | 3:46 | 2084784106 | 6 | OK |
| SCAN | 04-24-2026 | 12:12 | | | | 2 | OK |
| SEND | 04-24-2026 | 12:12 | 18726 | 0:00 | 2084784106 | 0 | CANCELED |
| SEND | 04-24-2026 | 12:12 | 18726 | 0:00 | 2084784106 | 0 | CANCELED |
| SCAN | 04-24-2026 | 09:03 | | | | 2 | OK |
| SEND | 04-24-2026 | 09:07 | 18724 | 0:00 | 2082333416 | 0 | NO ANSWER |
| RECV | 04-24-2026 | 08:49 | 18722 | 1:45 | Fax Server | 3 | OK |
| PRNT | 04-24-2026 | 08:49 | | | | 3 | OK |
| SCAN | 04-24-2026 | 08:27 | | | | 2 | OK |
| SEND | 04-24-2026 | 08:27 | 18720 | 0:50 | 2082393651 | 2 | OK |
| SCAN | 04-24-2026 | 08:17 | | | | 1 | OK |
| SEND | 04-24-2026 | 08:18 | 18718 | 0:39 | 2085473781 | 1 | OK |
| SCAN | 04-24-2026 | 08:16 | | | | 1 | OK |
| SEND | 04-24-2026 | 08:17 | 18716 | 0:32 | 2087859430 | 1 | OK |
| RECV | 04-24-2026 | 08:07 | 18714 | 8:27 | Fax Server | 13 | OK |
| PRNT | 04-24-2026 | 08:07 | | | | 13 | OK |
| RECV | 04-24-2026 | 07:04 | 18712 | 1:14 | Fax Server | 2 | OK |
| PRNT | 04-24-2026 | 07:04 | | | | 2 | OK |
| SCAN | 04-23-2026 | 15:52 | | | | 2 | OK |
| SEND | 04-23-2026 | 15:53 | 18710 | 0:50 | 2082339300 | 2 | OK |
| SCAN | 04-23-2026 | 15:52 | | | | 2 | OK |
| SEND | 04-23-2026 | 15:52 | 18708 | 0:50 | 2082339300 | 2 | OK |
| RECV | 04-23-2026 | 15:28 | 18706 | 8:58 | athena | 17 | OK |
| PRNT | 04-23-2026 | 15:28 | | | | 17 | OK |
| SCAN | 04-23-2026 | 15:05 | | | | 1 | OK |
| SEND | 04-23-2026 | 15:25 | 18702 | 2:42 | 2082380009 | 1 | OK |
| RECV | 04-23-2026 | 15:12 | 18704 | 12:32 | Fax Server | 15 | OK |
| PRNT | 04-23-2026 | 15:12 | | | | 15 | OK |
| SCAN | 04-23-2026 | 13:53 | | | | 1 | OK |
| SEND | 04-23-2026 | 13:57 | 18700 | 1:24 | 2085429081 | 1 | OK |
| RECV | 04-23-2026 | 13:28 | 18698 | 1:49 | Fax Server | 4 | OK |
| PRNT | 04-23-2026 | 13:28 | | | | 4 | OK |
| SCAN | 04-23-2026 | 12:54 | | | | 1 | OK |
| SEND | 04-23-2026 | 12:58 | 18696 | 1:05 | 2087421120 | 1 | OK |
| SCAN | 04-23-2026 | 12:48 | | | | 1 | OK |
| SEND | 04-23-2026 | 12:48 | 18694 | 0:29 | 2082398067 | 1 | OK |
| SCAN | 04-23-2026 | 12:34 | | | | 3 | OK |
| SEND | 04-23-2026 | 12:34 | 18692 | 1:07 | 2082393814 | 3 | OK |
| SCAN | 04-23-2026 | 12:09 | | | | 2 | OK |
| SEND | 04-23-2026 | 12:09 | 18690 | 1:10 | 8882952922 | 2 | OK |
| RECV | 04-23-2026 | 12:02 | 18688 | 1:46 | Fax Server | 3 | OK |
| PRNT | 04-23-2026 | 12:02 | | | | 3 | OK |
| RECV | 04-23-2026 | 11:47 | 18686 | 11:08 | Fax Server | 11 | OK |
| PRNT | 04-23-2026 | 11:47 | | | | 11 | OK |
| RECV | 04-23-2026 | 11:07 | 18684 | 1:49 | Fax Server | 4 | OK |
| PRNT | 04-23-2026 | 11:07 | | | | 4 | OK |
| RECV | 04-23-2026 | 10:56 | 18682 | 5:21 | Fax Server | 9 | OK |
| PRNT | 04-23-2026 | 10:56 | | | | 9 | OK |
| RECV | 04-23-2026 | 10:51 | 18680 | 1:45 | Fax Server | 3 | OK |
| PRNT | 04-23-2026 | 10:51 | | | | 3 | OK |
| SCAN | 04-23-2026 | 10:13 | | | | 1 | OK |
| SEND | 04-23-2026 | 10:36 | 18678 | 3:50 | 2082385462 | 0 | E-706 |
| SCAN | 04-23-2026 | 08:58 | | | | 1 | OK |
| SEND | 04-23-2026 | 09:16 | 18676 | 0:00 | 20823931814 | 0 | Busy |
| SCAN | 04-23-2026 | 08:58 | | | | 1 | OK |



# THE UPS STORE®

235 S. 4th Ave
Pocatello, ID 83201
208.235.7263 Tel
208.235.7276 Fax
store7766@theupsstore.com
theupsstore.com/7766

# Fax

To _Pocatello Federal Court Clerk office_

Company

Fax number _(208) 478-4106_

Date _4/24/26_

Job number

From _Jessica Hope Officer of the Record_

Phone number _(208) 242-7903_

Fax number

Total pages

Regarding
urgent life-safety
Emergency Rule
14 Federal
Mandmus



4/24/26
4/24/26

Copyright © 2022 The UPS Store, Inc. All rights reserved.

 **THE UPS STORE**®

235 S. 4th Ave
Pocatello, ID 83201
208.235.7263 Tel
208.235.7276 Fax
store7766@theupsstore.com
theupsstore.com/7766

# Fax

To ~~Pocat~~ Boise Federal Court clerk Office    From Jessica Hope Officer of the Record

Company _____    Phone number (208) 242-7903

Fax number (208) 334-1201    Fax number _____

Date 4/24/26    Total pages _____

Job number _____

Regarding Urgent
life Safety Emergency
Rule 14 Mandums

4/24/26

Copyright © 2022 The UPS Store, Inc. All rights reserved.

EMERGENCY NOTICE: DOCKET 53907-2026

TO ALL RECIPIENTS:
I am Jessica Hope, Ordained Minister and Mandated Reporter. I am issuing this Final Notice of Statutory Default and Emergency Demand for Extraction.

THE DEFAULT: The State of Idaho is in Matured Default as of April 17, 2026, in Docket 53907-2026. I am the legal custodial parent by operation of law.

THE CRIME: The Idaho Supreme Court is using a 72-hour Technical Blackout (Rule 14) to ignore an Emergency Extraction Mandate served via fax at 8:37 AM today. While the court gatekeeps, my son is facing illegal out-of-state transport to Utah tonight from the Patriot Center in Emmett to evade the court's jurisdiction.

LIFE-SAFETY THREAT: My son is a high-risk suicide survivor. This transport is Psychological Torture and an imminent threat to his life.

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of this Emergency Rule 14 Demand and Notice of Statutory Default was served on the following parties via Facsimile (Fax) on the morning of April 23, 2026, beginning at 8:26 AM:

Idaho Supreme Court Clerk: Served via Fax at 8:37 AM.
Idaho Judicial Council: Served via Fax at 8:32 AM.
Supreme Court Legal Counsel (Sara Omundson): Served via Fax at 8:26 AM.
FORENSIC ATTACHMENT: I have attached the Fax Confirmation Receipts and Electronic Rejection Logs proving that while the physical faxes were delivered, the State's electronic systems (Email/iCourt) have been in a 72-hour Technical Blackout, necessitating this emergency federal and public notification.
Signed:
Jessica Hope, Ordained Minister / Mandated Reporter

CERTIFICATE OF SERVICE & FILING:
I certify that the Emergency Demand for Extraction was served via Facsimile (Fax) to the following parties today, April 24, 2026:

Signed:
Jessica Hope, Ordained Minister / Mandated Reporter
160 S. Pine St. Blackfoot Idaho 83221
collinsjessica0901@gmail.com

**TO:** Idaho Supreme Court / Judicial Council

**FROM:** Jessica Hope, Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

**DATE:** April 23, 2026

**RE: EMERGENCY RULE 14 FILING – DOCKET 53907-2026**

**EMERGENCY DEMAND FOR JUDICIAL SEAL AND EXTRACTION**

This is a formal **Rule 14 Forensic Filing** based on the technical failure of the state electronic filing system. The State is currently in a **6-day matured default** (Deadline was April 17, 2026).

**FORENSIC PROOF ATTACHED AS EXHIBITS:**

**EXHIBIT A:** iCourt Receipt - Envelope #9658448 (Submitted 4/15/26).
**EXHIBIT B:** Server Failure Notice - 4/20/2026 Rejection.
**EXHIBIT C:** Licensing Investigation - Summit Youth Academy (fka Patriot Center).
**EXHIBIT D:** Lena McKee Email - 4/16/2026 Acknowledgement.

**THE DEMAND:**

I am Jessica Hope, Ordained Minister and Mandated Reporter. Under the authority of the Idaho Supreme Court, I am demanding the Justice's Seal on the Extraction Order immediately. Production of the body is required at **160 S. Pine St., Blackfoot, ID** by **6:00 PM today.**

**CERTIFICATE OF SERVICE:**

I, Jessica Hope, hereby certify that on this 23rd day of April, 2026, I caused a true and correct copy of this Rule 14 Filing to be served via Fax to the Idaho Supreme Court Legal Counsel, the Judicial Council, and the Supreme Court Clerk's office.

**Respectfully Submitted,**

Jessica Hope
Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

4/23/26

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

**DATE:** April 23, 2026

**RE: EMERGENCY RULE 14 FILING – DOCKET 53907-2026**

**EMERGENCY DEMAND FOR JUDICIAL SEAL AND EXTRACTION**

This is a formal **Rule 14 Forensic Filing** based on the technical failure of the state electronic filing system. The State is currently in a **6-day matured default** (Deadline was April 17, 2026).

**FORENSIC PROOF ATTACHED AS EXHIBITS:**

- **EXHIBIT A:** iCourt Receipt - Envelope #9658448 (Submitted 4/15/26).
- **EXHIBIT B:** Server Failure Notice - 4/20/2026 Rejection.
- **EXHIBIT C:** Licensing Investigation - Summit Youth Academy (fka Patriot Center).
- **EXHIBIT D:** Lena McKee Email - 4/16/2026 Acknowledgement.

**THE DEMAND:**

I am Jessica Hope, Ordained Minister and Mandated Reporter. Under the authority of the Idaho Supreme Court, I am demanding the **Justice's Seal** on the Extraction Order immediately. Production of the body is required at **160 S. Pine St., Blackfoot, ID** by **6:00 PM today.**

**CERTIFICATE OF SERVICE:**

I, Jessica Hope, hereby certify that on this 23rd day of April, 2026, I caused a true and correct copy of this Rule 14 Filing to be served via Fax to the Idaho Supreme Court Legal Counsel, the Judicial Council, and the Supreme Court Clerk's office.

**Respectfully Submitted,**

Jessica Hope
Ordained Minister / Mandated Reporter

160 S. Pine St. Blackfoot Idaho 83221

(208)242-7903

collinsjessica0901@gmail.com

DATE: April 23, 2026

4/23/26

4/24/26



collinsjessica0001@gmail.com

DATE: April 23, 2026

4/23/26





